IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00754-BNB

DANA COOPER,

    Plaintiff,

v.

EDELEN,
DONALD CANFIELD,
C/O GOMEZ,
C/O JENKINS,
LT. CARPENTER, and
MANNING,

    Defendants.

```
           F I L E D
    UNITED STATES DISTRICT COURT
         DENVER, COLORADO

         APR - 8 2009

      GREGORY C. LANGHAM
                      CLERK
```

## ORDER ASSIGNING CASE

Upon completion of the Court's review pursuant to D.C.COLO.LCivR 8.2C, the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, this case is being assigned to District Judge Christine M. Arguello, pursuant to D.C.COLO.LCivR 40.1C.1., and to Magistrate Judge Kathleen M Tafoya. *See* D.C.COLO.LCivR 8.2D. Accordingly, it is

ORDERED that this case shall be assigned to District Judge Christine M. Arguello, pursuant to D.C.COLO.LCivR 40.1C.1., and to Magistrate Judge Kathleen M Tafoya.

DATED April 8, 2009, at Denver, Colorado.

                              BY THE COURT:

                              s/ Boyd N. Boland
                              United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-00754-BNB

Dana Cooper
Prisoner No. 135056
Sterling Correctional Facility
PO Box 6000 - 8A-1-5
Sterling, CO 80751

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on  4/8/09   .

                                                    GREGORY C. LANGHAM, CLERK

                                                    By: _____
                                                            Deputy Clerk